UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                        Case No. 2:19−cr−20626−NGE−DRG
                                                Hon. Nancy G. Edmunds

FCA US LLC, et al.,

                    Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: FCA US LLC

The defendant(s) shall appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 811, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING: June 3, 2022 at 01:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/L. Bartlett
                                                                 Case Manager

Dated: June 2, 2022